STATE OF NEW JERSEY v. GARY BIANCO.

July 7, 1987.

Petitions for certification denied.

NANCY A. GOFF v. BOARDWALK REGENCY CORPORATION.

July 7, 1987.

Petition for certification denied.

GORDON'S JEWELRY COMPANY OF NEW JERSEY v.
CHERYL MURPHY.

July 7, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL PETTAWAY.

July 7, 1987.

Petition for certification denied.